HANNAH QUINN, as Administratrix of the Estate of WILLIAM QUINN, Deceased, Appellant, *v.* NATIONAL SUGAR REFINING COMPANY, Respondent, Impleaded with Another.

*Quinn* v. *National Sugar Refining Co.,* 102 App. Div. 47, appeal dismissed.
(Submitted April 16, 1906; decided April 24, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 15, 1905, which reversed a judgment

in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

The motion was made upon the ground that the appellant had failed to perfect the appeal by filing the required undertaking.

*Frank Verner Johnson* for motion.

*Edward J. McCrossin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.